McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $40,925.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $1,000.00 IN U.S. CURRENCY,<br><br>Defendants. | 2:06-CV-01416-FCD-KJM<br><br>**FINDINGS AND RECOMMENDATIONS** |

This matter came on for an *ex parte* hearing, on the papers, before the undersigned on plaintiff United States' motion for default judgment. Assistant U.S. Attorney Kristin S. Door represents plaintiff United States. There has been no opposition to plaintiff's motion by or on behalf of any other person or entity claiming an interest in defendant property. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

  1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed June 26, 2006.

1

2.  Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimant Daniel Martinez.

3.  Plaintiff has shown that a complaint for forfeiture was filed; that potential claimant Daniel Martinez received actual notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4.  That Daniel Martinez be held in default;

5.  That plaintiff's motion for default judgment of forfeiture be granted;

6.  That a judgment by default be entered against any right, title or interest of potential claimant Daniel Martinez in the defendant currency; and

7.  That a final judgment be entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law.

8.  The proposed Final Judgment of Forfeiture is approved as to form and is acceptable for signing by the district judge and filing by the Clerk of the Court.

Dated:  November 16, 2006.

_____
U.S. MAGISTRATE JUDGE

2