IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CIV S-06-1416 FCD KJM |
| vs. | |
| APPROXIMATELY $40,925.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $1,000.00 IN U.S. CURRENCY, | |
| Defendants. | ORDER |
| _____/ | |

       Plaintiff filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On November 17, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties.  No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed November 17, 2006, are adopted in full;

2. Daniel Martinez is held in default;

3. Plaintiff's motion for default judgment of forfeiture is granted;

4. A judgment by default is entered against any right, title or interest of potential claimant Daniel Martinez in the defendant currency;

5. A final judgment is entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law; and

6. The proposed judgment filed November 9, 2006 (docket no. 10, attachment 3) is hereby adopted.

DATED: January 22, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE